IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03203-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

      Plaintiff,

v.

JOHN DOES 1-9, 11-16, 18-22, 24-27, 29-32, 34-35,

      Defendants.

## ORDER

In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 18, 2014 (ECF No. 26), it is

ORDERED that Defendant John Doe # 11 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

      Dated:  April 24, 2014

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge