IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03203-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

   Plaintiff,

v.

JOHN DOES 1-9, 12-16, 18-22, 24-27, 29-32, 34-35,

   Defendants.

**ORDER**

   In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on May 13, 2014 (ECF No. 29), it is

   ORDERED that Defendant John Does # 30 and 35 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  May 14, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge