IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03203-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

    Plaintiff,

v.

JOHN DOES 1-9, 12-16, 18-22, 24-27, 29, 31-32, 34,

    Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on May 16, 2014 (ECF No. 31), it is

ORDERED that the remaining John Does and this case are **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 16, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge